IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP ANDREW MEIGHAN,** | : | |
| Petitioner | : | No. 1:16-cv-02560 |
| | : | |
| v. | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| **MARY SABOL,** | : | |
| Respondent | : | |

## ORDER

Before the Court is the February 17, 2017 Report and Recommendation of Magistrate Judge Carlson. (Doc. No. 8.) No timely objections have been filed. Accordingly, on this 6th day of March 2017, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 8);

2. Petitioner's motion for preliminary injunctive relief (Doc. No. 3), is **DENIED**;

3. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED** without prejudice to renewal should Petitioner's pre-removal detention become unreasonable and excessive; and

4. The Clerk is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania